UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY CHAMP** | **CIVIL ACTION** |
| versus | **NO. 11-2187** |
| **WARDEN LYNN COOPER** | **SECTION: "F" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion to Transfer Writ of Habeas Corpus Under 28 U.S.C. § 2241," Rec. Doc. 12, is **DENIED**.

**IT IS FURTHER ORDERED** that the federal petition of **Leroy Champ** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of Feb., 2012.

_____
UNITED STATES DISTRICT JUDGE