UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEROY CHAMP**  CIVIL ACTION

versus  NO. 11-2187

**WARDEN LYNN COOPER**  SECTION: "F" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Motion to Transfer Writ of Habeas Corpus Under 28 U.S.C. § 2241," Rec. Doc. 12, is **DENIED**.

**IT IS FURTHER ORDERED** that the federal petition of **Leroy Champ** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10TH day of April, 2012.

UNITED STATES DISTRICT JUDGE